IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ROY EUGENE USSERY, TDCJ-CID No. 02204802,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS COUNTY DISTRICT ATTORNEY,<br><br>Defendants. | 2:25-CV-178-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 8. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Complaint is **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The Clerk is hereby directed to **TERMINATE** Plaintiff's pending motion (ECF No. 7).

**SO ORDERED.**

September 23, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE